IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 08-C-0123-C |
| CHAD SMITH, | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

---

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 3d day of June, 2008.

BY THE COURT

*Barbara B. Crabb*
Honorable Barbara B. Crabb
District Judge